UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS J. PAULSON, | CASE NO. C19-1492-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE CITY OF MOUNTLAKE TERRACE *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to set a status conference and trial date (Dkt. No. 35). On January 15, 2020, the Court granted in part and denied in part Defendants' motion to dismiss and for sanctions, dismissed Plaintiff's federal civil rights claims, and remanded Plaintiff's state law claims to Snohomish County Superior Court. (*See* Dkt. No. 33.) The Court entered judgment accordingly. (Dkt. No. 34.) As Plaintiff's federal claims have been dismissed and his state law claims are no longer before the Court, there is no need to set a status conference or a trial date in this matter. Therefore, Plaintiff's motion to set a status conference and trial date (Dkt. No. 35) is DENIED.

//

1    DATED this 4th day of February 2020.

2                                          William M. McCool
                                           Clerk of Court
3

4                                          s/Tomas Hernandez
                                           Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26